# ILLINOIS NORTHERN DISTRICT COURT

327 S. Church St. Rockford, Illinois, 61101

*RECEIVED NOV 10 2021 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT*

| | |
|---|---|
| Tiara Grace Spates | ) **Jurisdiction:** Court of Record, under |
| | ) the rules of Common Law[1] |
| Petitioner | ) |
| | ) |
| | ) 21 cv 50432 |
| - Against - | ) Judge Philip G. Reinhard |
| | ) Magistrate Judge Margaret J. Schneider |
| Robert Simmons; Prosecuting | ) |
| Attorney; | ) **Trial By Jury** |
| | ) |
| | ) **AFFIDAVIT IN SUPPORT OF** |
| Respondent | ) **VERIFIED SHOW CAUSE OF THE** |
| | ) **INFERIOR COURT'S PERSONAL** |
| | ) **JURISDICTION OVER PLAINTIFF** |
| | ) **ACCORDING TO THE UNITED** |
| | ) **STATES CONSTITUTION** |

5

STATE OF ILLINOIS )
                      )
COUNTY OF WINNEBAGO)

10   **I, Tiara Grace Spates, one of the People of the State of Illinois, competent to defend myself in a court of law,....**

## STATE OF ILLINOIS IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT COUNTY OF WINNEBAGO JUVENILE DIVISION

### FACTS

---

[1] "**A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial". Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

15  In the United States, before any court can have authority to hear a case, the court must have both in-personam and subject matter jurisdiction. Any court not a court of record[2] has no authority to proceed without the consent of the persons involved. This consent must be without coercement[3], and with full disclosure[4].

A court of record is a superior court. A court not of record is an inferior court. No judge
20  or legislators can alter that which the People ordained. To alter is high treason.

> *"Service of an appearance ticket on an accused does not confer personal or subject matter jurisdiction upon a criminal court."*[5]

> *"Trial court acts without jurisdiction when it acts without inherent or common law authority."*[6]

25  > *"Inferior courts are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law. Criminal courts proceed according to statutory law. Jurisdiction and procedure is defined by statute. Likewise, civil courts and admiralty courts proceed according to statutory law. Any court proceeding according to statutory law is not a court of record*
30  *(which only proceeds according to common law); it is an inferior court."*[7]

---

[2] **COURTS OF RECORD and COURTS NOT OF RECORD** – The former being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt. Error lies to their judgments, and they generally possess a seal. Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded. 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.

[3] **Coercement:** To compel by force, intimidation, or authority, especially without regard for individual desire or volition: They coerced him into signing the document. to bring about through the use of force or other forms of compulsion; exact: to coerce obedience.

[4] **Full Disclosure:** When a company or individual is required to reveal the complete truth regarding a matter necessary for another party to know before entering into a sale or contract.

[5] **People v. Giusti,** 673 N.Y.S.2d 824, 176 Misc.2d 377 (1998) "No valid conviction can occur if the charging instrument is void." State v. Wilson, 6 S.W.3d 504 (1998)
[6] **State v. Rodriguez,** 725 A.2d 635, 125 Md.App 428, cert den 731 A.2d 971,354 Md. 573 (1999)
[7] **Ex parte Watkins,** 3 Pet., at 202-203. cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973).

*"Once challenged, jurisdiction cannot be 'assumed', it must be proved to exist."*[8] *"A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well established law that a void order can be challenged in any court."*[9]

35 Therefore, *"the burden shifts to the court to prove jurisdiction*[10] *on the record, all jurisdiction facts related to the jurisdiction asserted."*[11] *"Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris."*[12]

No court has discretion to ignore its lack of jurisdiction.[13] "The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative
40 proceedings."[14] "No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued;"[15]

---

[8] *"Once challenged, jurisdiction cannot be 'assumed', it must be proved to exist."* - Stuck v. Medical Examiners, 94 Ca2d 751.211 P2s 389; *"Jurisdiction, once challenged, cannot be assumed and must be decided."* - Maine v. Thiboutot, 100 S. Ct. 250; *"No sanction can be imposed absent proof of jurisdiction"* - Stanard v. Olesen, 74 S. Ct.768; *"The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings"* - Hagans v. Lavine, 415 U.S. 528; *"Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather, should dismiss the action."* - Melo v. US, 505 F2d 1026; Other cases also such as McNutt v. G.M., 56 S. Ct. 789,80 L. Ed. 1135, Griffin v. Mathews, 310 Supp. 341, 423 F. 2d 272, Basso v. U.P.L., 495 F 2d. 906, Thomson v. Gaskiel, 62 S. Ct. 673, 83 L. Ed. 111, and Albrecht v U.S., 273 U.S. 1, also all confirm, that, when challenged, jurisdiction must be documented, shown, and proven, to lawfully exist before a cause may lawfully proceed in the courts.

[9] OLD WAYNE MUT. L. ASSOC. v. McDONOUGH, 204 U. S. 8, 27 S. Ct. 236 (1907).

[10] Rosemond v. Lambert, 469 F2d 416.

[11] Latana v. Hopper, 102 F. 2d 188; Chicago v. New York, 37 F Supp. 150; Main v. Thiboutot, 100 S. Ct. 2502 (1980); *"A universal principle as old as the law is that a proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property."* Norwood v. Renfield, 34 C 329; Ex parte Giambonini, 49 P. 732; *"Jurisdiction is fundamental and a judgment rendered by a court that does not have jurisdiction to hear is void ab initio."* In Re Application of Wyatt, 300 P. 132; Re Cavitt, 118 P2d 846; *"A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance."* Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409.

[12] Merritt v. Hunter, C.A. Kansas 170 F2d 739.

[13] "There is no discretion to ignore lack of jurisdiction." Joyce v. U.S. 474 2D 215.

[14] Hagans v. Lavine, 415 U. S. 533.

[15] *"No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to enforce it beyond these boundaries is nothing less than lawless violence."* Ableman v. Booth, 21 Howard 506 (1859).

*"If the courts are to regard the constitution; and the constitution is superior to any ordinary act of the legislature; the constitution, and not such ordinary act, must govern*
45 *the case to which they both apply. Those then who resist the principle that the constitution is to be considered, in court, as a paramount law, are reduced to the necessity of maintaining that courts must close their eyes on the constitution, and see only the law. This doctrine would subvert the very foundation of all written constitutions. It would declare that an act, which, according to the principles and theory of our government, is*
50 *entirely void, is yet, in practice, completely obligatory. It would declare that if the legislature shall do what is expressly forbidden, such act, notwithstanding the express prohibition, is in reality effectual. It would be giving to the legislature a practical and real omnipotence with the same breath which professes to restrict their powers within narrow limits. It is prescribing limits, and declaring that those limits may be passed at*
55 *pleasure."*[16]

The definition of Law is that which is laid down, ordained, or established. It is *"a rule or method according to which phenomena or actions co-exist or follow each other and must be obeyed or be subject to sanctions or legal consequences."* [17] In our Republic, "Common" Law, Equity[18] and the Constitution are the Law of the Land by which We the
60 People, by God's mercy and blessing, chose to be judged when we "assumed among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle us."

---

[16] MARBURY v. MADISON, 5 U.S. 137 (1803) 5 U.S. 137 (Cranch) 1803
[17] Koenig v. Flynn, 258 N.Y. 292, 179 N. E. 705.
[18] under American Jurisprudence, the principles of common law.

American courts are vested by the People, "*the author and source of law,*"[19] through constitutions[20] ordained by the People. Therefore, a court must first have "constitutional authority" over an individual before it can proceed.

In criminal cases, a court must have an indictment by an untainted grand jury, in other words, the permission by the People to proceed. Furthermore, "all" state laws and constitutions are ultimately governed by the "Supremacy Clause" of the Constitution for the United States of America as ordained by the People in Article VI, clause 2, that defines the "Law of the Land".

We the people ordained and established the Constitution for the United States of America.[21] We the People vested Congress to make law via Article I Section 8.[22] We the People did not vest Congress with law making powers to control the peoples' behavior. We the People are above the Constitution and all legislated law, whereas government authorities are under the Constitutions and legislated laws. We the People are subject only to the Laws of Nature and of Nature's God.[23] "*All codes, rules, and regulations are for government authorities only, not human/creators in accordance with God's laws. All codes, rules, and regulations are unconstitutional and lacking due process....*"[24] The phrase "at Law" is used to point out that a thing is to be done according to the course of

---

[19] "*Sovereignty itself is, of course, not subject to law, for it is the author and source of law;*" -- Yick Wo v. Hopkins, 118 US 356, 370.
[20] That which is laid down, ordained, or established. Koenig v. Flynn, 258 N.Y. 292, 179 N. E. 705.
[21] **PREAMBLE:** We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America.
[22] **Article I Section 1:** All legislative powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives; Article I Section 8 Clause 18: Congress shall have power to make all laws which shall be necessary and proper for carrying into execution the foregoing powers, and all other powers vested by this Constitution in the government of the United States, or in any department or officer thereof.
[23] Declaration of Independence.
[24] Rodriques v. Ray Donavan (U.S. Department of Labor) 769 F. 2d 1344, 1348 (1985).

80  the common law. It is distinguished from a proceeding in equity.[25] *"All laws, rules and practices which are repugnant to the Constitution are null and void."*[26]

### THE COMMON LAW PERMITS THE DESTRUCTION OF THE ABATEMENT OF NUISANCES BY SUMMARY PROCEEDINGS

**16 AMERICAN JURISPRUDENCE 2ND, SECTION 114**: *"As to the construction, with reference*
85 *to Common Law, an important cannon of construction is that constitutions must be construed to reference to the Common Law.* <u>*The Common Law, so permitted destruction of the abatement of nuisances by summary proceedings*</u> *and it was never supposed that a constitutional provision was intended to interfere with this established principle and although there is no common law of the United States in a sense of a national customary*
90 *law as distinguished from the common law of England, adopted in the several states. In interpreting the Federal Constitution, recourse may still be had to the aid of the Common Law of England. It has been said that without reference to the common law, the language of the Federal Constitution could not be understood."*

Therefore, since Constitutions must be construed to reference the common law, summary
95 proceedings[27] would deny petitioner's 7th Amendment's right[28] of trial by jury and, thereby, would be repugnant rendering any such decision null and void.

Under federal Law, which is applicable to all states, the U.S. Supreme Court stated: "If a court is without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to a recovery sought, even prior to a reversal

---

[25] Blacks 4th At Law.
[26] Marbury v. Madison, 5th US (2 Cranch) 137, 180.
[27] **Summary proceeding:** Any proceeding by which a controversy is settled, case disposed of, or trial conducted, in a prompt and simple manner, without the aid of a jury, without presentment or indictment, or in other respects out of the regular course of the common law. Sweet see Phillips v. Phillips, 8 N.J.L. 122.
[28] <u>Amendment VII</u> *In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law.*

100 in opposition to them. They constitute no justification and all persons concerned in executing such judgments or sentences are considered, <u>in law, as trespassers</u>."[29]

"The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings."[30] "No sanction can be imposed absent proof of jurisdiction."[31] "No judicial process, whatever form it may assume, can have any
105 lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to enforce it beyond these boundaries is nothing less than lawless violence."[32]

**Jurisdiction cannot be decided by the court being challenged.** This court must dismiss this case for lack of personam jurisdiction immediately or make an argument for
110 jurisdiction in a court of record. Refusal by this court, not of record, to obey the law and pursue a voidable decision will cause the petitioner to move this case into federal court for cause in violation of petitioner's right of due process for damages and dismissal.

**REMEDY**

WHEREFORE, respondent is to show-cause why the attached violation(s) or charges
115 against the petitioner should not be dismissed for lack of personam jurisdiction. And, by what '<u>constitutional</u>' authority the aforesaid court acts.

Petitioner moves this defendant and inferior court to cease and desist from all actions against petitioner and restore the petitioner to their original state for lack of <u>constitutional</u> authority and personam jurisdiction.

120 **CONCLUSION**

---

[29] Basso v. UPL, 495 F. 2d 906; Brook v. Yawkey, 200 F. 2d 633; Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828).
[30] Hagans v. Lavine, 415 U.S. 528
[31] Stanard v. Olesen, 74 S. Ct.768.
[32] Ableman v. Booth, 21 Howard 506 (1859)

For the foregoing reasons, the Court should require Defendant to:

125   1) Show by what U.S. Constitutional authority, Respondent, while having no agreement with petitioner, conspired[33] under color of law in a "nisi prius[34] de facto[35] quasi[36] court not of record proceeding in equity" and not at law;[37] depriving[38] petitioner of their unalienable right[39] of due process, secured by the Bill

---

[33] **18 USC 241:** If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

[34] **NISI PRIUS:** is a Latin term (Bouvier's Law) Where courts bearing this name exist in the United States, they are instituted by statutory provision.; Black's 5th "Prius" means "first." "Nisi" means "unless." A "nisi prius" procedure is a procedure to which a party FIRST agrees UNLESS he objects.; Blacks 4th - A rule of procedure in courts is that if a party fails to object to something, then it means he agrees to it. A nisi procedure is a procedure to which a person has failed to object A "nisi prius court" is a court which will proceed unless a party objects. The agreement to proceed is obtained from the parties first.

[35] **DE FACTO:** In fact, in deed, actually. This phrase is used to characterize an officer, a government, a past action, or a state of affairs which must be accepted for all practical purposes, but is illegal or illegitimate. In this sense it is the contrary of de jure, which means rightful, legitimate, just, or constitutional. Thus, an officer, king, or government de facto is one who is in actual possession of the office or supreme power, but by usurpation, or without lawful title; while an officer, king, or governor de jure is one who has just claim and rightful title to the office or power, but has never had plenary possession of it, or is not in actual possession. 4 Bl.Comm. 77, 78. MacLeod v. United States, 229 U.S. 416, 33 S.Ct. 955, 57 L.Ed. 1260; Wheatley v. Consolidated Lumber Co., 167 Cal. 441, 139 P. 1057, 1059.

[36] **QUASI:** Lat. As if; almost as it were; analogous to. This term is used in legal phraseology to indicate that one subject resembles another, with which it is compared, in certain characteristics, but that there are intrinsic and material differences between them. Bicknell v. ,Garrett, 1 Wash.2d 564, 96 P.2d 592, 595, 126 A.L.R. 258; Cannon v. Miller, 22 Wash.2d 227, 155 P.2d 500, 503, 507, 157 A.L.R. 530. Marker v. State, 25 Ala.App. 91, 142 So. 105, 106. It is often prefixed to English words, implying mere appearance or want of reality. State v. Jeffrey, 188 Minn. 476, 247 N.W. 692, 693.

[37] **AT LAW.** [Bouvier's] This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.; ALL CASES AT LAW. [Black's Law 4th] Within constitutional guaranty of jury trial, refers to common law ac-tions as distinguished from causes in equity and certain other proceedings. Breimhorst v. Beck-man, 227 Minn. 409, 35 N.W.2d 719, 734. According to law; by, for, or in law; particularly in distinction from that which is done in or according to equity; or in titles such as sergeant at law, barrister at law, attorney or counsellor at law. Hooker v. Nichols, 116 N.C. 157, 21 S.E. 208.

[38] **18 USC 242** Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

[39] **42 USC 1983** Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person

of Rights, with the intent to proceed unlawfully carrying petitioner away to jurisdictions unknown.

2) Show by what U.S. Constitutional authority, Respondent, while not being able to prove a claim and fiduciary authority over petitioner necessary for a lawful seizure of body and/or property in a court of record, could lawfully conspire, devise, and proceed with a plan under the color of law to bypass petitioner's unalienable right of "due process" in a court not of record in jurisdictions' unknown.

3) Show by what U.S. Constitutional authority the respondent denied petitioner's unalienable right of due process[40] in a court of record proceeding according to Natural Law protected by Amendments V and VII.

4) Show why the attached violation(s) or charges against the petitioner should not be dismissed for lack of personam jurisdiction. And, if not dismissed, by what 'constitutional' authority the aforesaid court acts.

5) Verify[41] that each and every statement is true.

If the defendant cannot verify and prove the U.S. Constitutionality of their actions against the plaintiff, then the Court should require Defendant dismissal for lack of personam jurisdiction in violation of plaintiffs right of due process in a 'Court not of Record.

---

within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress,...

[40] "**Law of the land**," "due course of law," and "due process of law" are synonymous. People v. Skinner, Cal., 110 P.2d 41, 45; State v. Rossi, 71 R.I. 284, 43 A.2d 323, 326; Direct Plumbing Supply Co. v. City of Dayton, 138 Ohio St. 540, 38 N.E.2d 70, 72, 137 A.L.R. 1058; Stoner v. Higginson, 316 Pa. 481, 175 A. 527, 531.

[41] **Verify:** Verification is the legal context refers to a declaration under oath or upon penalty of perjury that a statement or pleading is true.

150 exercise of jurisdiction."[43] "If any tribunal finds absence of proof of jurisdiction over person and subject matter, the case must be dismissed."[44]

**Plaintiff hereby challenges the aforementioned inferior court's jurisdiction.**

155     SEAL                  Proceeding Sui Juris, in pro per

160

### NOTARY

Subscribed and sworn, without prejudice, and with all rights reserved,

165 (Print your name) Tiara Grace Spates ,
Principal, by Special Appearance, i; a woman; proceeding Sui Juris.
Date: 11-10-21
Signature: ____

170 On this 10th day of Nov., 2021, before me, the undersigned, a Notary Public in and for Illinois (state), personally appeared the above-signed, known to me to be the one whose name(s) is/are signed on this instrument, and has acknowledged ~~to me that s/he has executed~~ the same.
Signed: ____
175 Printed Name: Rosa E Arce-G
Date: 11/10/2021

"OFFICIAL SEAL"
ROSA E. ARCE-GOROSTIETA
Notary Public, State of Illinois
My Commission Expires Sept. 25, 2025

---

[43] Rhode Island v. Massachussetts, 37 U.S. 657, 718, 9L.Ed. 1233 (1838).
[44] Louisville R.R. v. Motley, 211 U.S. 149, 29 S. Ct. 42